# United States District Court
# Central District of California

| | |
|---|---|
| 310 NUTRITION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> 18 NUTRITION, INC.; IURII KOROLOV; and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-05110-ODW(JC) <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 24), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before April 11, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 2, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**