# United States District Court
# Central District of California

| | |
|---|---|
| 310 NUTRITION, LLC, | Case No. 2:15-cv-05110-ODW(JC) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| 18 NUTRITION, INC.; IURII KOROLOV; and DOES 1–10, inclusive, | **SETTLEMENT** |
| Defendants. | |

In light of the parties' recent status report (ECF No. 26), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **on or before May 9, 2016**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

April 11, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**